**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6527**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

COLLIN HAWKINS, a/k/a Colin Hawkins,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (2:10-cr-00004-JPJ-1)

Submitted:  November 17, 2020                    Decided:  November 20, 2020

Before MOTZ and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Collin Hawkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Collin Hawkins appeals the district court's order denying Hawkins' motion to compel. We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hawkins*, No. 2:10-cr-00004-JPJ-1 (W.D. Va. Apr. 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*